## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tri Star Auto Group,                 :
         Petitioner          :
                              :
         v.                  :          No. 549 C.D. 2017
                              :
Workers' Compensation Appeal         :
Board (Bortz),                       :
         Respondent          :

## **O R D E R**

NOW, April 2, 2018, upon consideration of respondent's application for reargument, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge